## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM HEASTER, Individually and For Others Similarly, Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>EQT CORPORATION,<br><br>                Defendant. | No. 2:19-cv-01463-MPK<br><br>The Honorable Maureen P. Kelly<br><br>*ELECTRONICALLY FILED*<br><br>*JURY TRIAL DEMANDED* |

**STIPULATION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO COLLECTIVE ACTION COMPLAINT**

      Pursuant to Rule 7.E. of the Local Rules of the United States District Court for the Western District of Pennsylvania, Plaintiff and Defendant hereby stipulate that Defendant shall have through, and including, December 18, 2019, to answer, move with respect to, or otherwise respond to Plaintiff's Complaint.


By: */s/ Curtis M. Schaffner*
    Christian Antkowiak (Pa. 209231)
    christian.antkowiak@bipc.com
    Nicholas J. Bell (Pa. 307782)
    nicholas.bell@bipc.com
    Curtis M. Schaffner (Pa. 311274)
    curtis.schaffner@bipc.com

    Buchanan Ingersoll & Rooney PC
    The Union Trust Building
    501 Grant Street, Suite 200
    Pittsburgh, PA 15219
    (P) 412-562-8800
    (F) 412-562-1041

    *Counsel for Defendant*

By: */s/ Michael A. Josephson*
    Michael A. Josephson (Pa. 308410)
    mjosephson@mybackwages.com
    Andrew W. Dunlap
    adunlap@mybackwages.com
    Taylor A. Jones
    tjones@mybackwages.com
    (*pro hac vice application forthcoming*)
    Josephson Dunlap
    11 Greenway Plaza, Suite 3050
    Houston, TX 77046
    (P) 713-352-1100
    (F) 713-352-3300

Richard J. (Rex) Burch
rburch@brucknerburch.com
Bruckner Burch, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(P) 713-877-8788
(F) 713-877-8065

Joshua P. Geist (Pa. 85745)
josh@goodrichandgeist.com
Goodrich & Geist PC
3634 California, Ave.
Pittsburgh, PA 15212
(P) 412-766-1455
(F) 412-766-0300

*Attorneys for Plaintiff*