IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM HEASTER, *Individually and For Others Similiarly Situated*, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | Civil Action No. 19-1463 |
| v. | Magistrate Judge Maureen P. Kelly |
| EQT CORPORATION, | |
| Defendant. | |

## ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16.1 and Rules 16 and 26 of the Federal Rules of Civil Procedure, an initial case management conference will be conducted in this case to discuss: the claims and defenses, narrowing of the issues, expected discovery and related discovery procedures, the early disposition of controlling questions of law, the probable extent of provable damages, the possibility of settlement, and any other matter that will contribute to the prompt disposition of the case.

**I.      Federal Rules of Civil Procedure 26(f) – Meet and Confer Requirement**

As required by Rule 26(f) of the Federal Rules of Civil Procedure, the parties must, as soon as practicable, and in any event no later than January 7, 2020, confer to "consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan[.]   Fed. R. Civ. P. 26(f).

**II.     Local Rule 16.2 – Alternative Dispute Resolution**

The parties must also file a joint proposed initial scheduling order and a Stipulation

Selecting ADR Process, which can be found in the forms section on the Court's website at www.pawd.uscourts.gov.

The parties are hereby notified that any identified neutral (court approved or private) is required to become a registered user of the electronic case filing system in the United States District Court for the Western District of Pennsylvania.   Counsel shall so notify their agreed upon neutral and refer then to the Court's website, noted above, for user registration forms.  Counsel shall confirm to the Court at the initial case management conference that the selected neutral has completed this process.

**III.        Expedited Civil Litigation Program**

The parties are also advised that effective September 4, 2012, as an alternative to participating in the Court's ADR process, the parties may elect to participate in this Court's Expedited Civil Litigation Program.   The purpose of this Program is to offer parties the option of alternative, abbreviated, efficient and cost-effective litigation and trial.   <u>Participation is entirely voluntary</u>.   Further information about the program and the requisite forms can be found on the Court's website at http://www.pawd.uscourts.gov/Pages/expedite.htm.

Parties who wish to participate in the Expedited Civil Litigation Program should meet and confer collectively and with their respective clients and discuss all aspects of the Program before executing the Expedited Docket Stipulation, available at the above noted website.   When discussing this option, the parties should consider: the cost of litigation; the complexity of the case; the number of witnesses; the likelihood of a successful dispositive motion; the pretrial and post-trial limitations established by the Program; and the relative value of the case.   The <u>irrevocable</u> Expedited Docket Stipulation is due one week prior to the initial case management

conference.    It should be noted that the filing of the Expedited Docket Stipulation negates the requirement of the parties to file a Stipulation Selecting ADR Process.

Therefore, **IT IS HEREBY ORDERED** that the initial case management conference will be held on <u>**January 21, 2020 at 1:30 p.m.**</u> in the Chambers of United States Magistrate Judge Maureen P. Kelly, Ninth Floor, Room 9280, Joseph F. Weis, Jr. United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.    Trial counsel shall attend.

**IT IS FURTHER ORDERED** that on or before <u>January 14, 2019</u>, or one week prior to the scheduled conference date, the parties shall file a Rule 26(f) Report and either the Stipulation Selecting ADR Process or the Expedited Docket Stipulation.

SO ORDERED this 19th day of December, 2019.

BY THE COURT:

<u>/s/ Maureen P. Kelly</u>
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE